STATE of Vermont v. Edward A. COOK

[487 A.2d 1079]

No. 141-81

December 21, 1984. Affirmed; no appealable issue being shown, no prejudice appearing. *State* v. *Hall*, 145 Vt. 299, 487 A.2d 166 (1984).

STATE of Vermont v. Ralph BISSONETTE, JR.

[488 A.2d 1238]

No. 84-028

February 1, 1985. Having this day affirmed the underlying conviction, *State* v. *Bissonette*, 145 Vt. 381, 488 A.2d 1231 (1985), upon which this violation of probation was predicated, defendant's appeal is mooted. Appeal dismissed.